L.B.F. 3007-1

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Andrea Williams-Nash** | : | **Chapter 13** |
| | : | |
| | : | |
| **Debtor** | : | **Bky. No.20-12341mdc**<br>**HEARING 3/2/2021 at 10:30AM**<br>**COURTROOM  NO. 2** |

**NOTICE OF OBJECTION TO CLAIM AND HEARING DATE**

**Debtor, Andrea Williams-Nash, by and through her counsel, Sharon S. Masters, Esq., has filed an objection to the proof of claim you filed in this bankruptcy case.**

**1.** **<u>Your claim may be reduced, modified, or eliminated</u>. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

**2.** **<u>If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,</u>  scheduled to be held on March 2, 2021 at 10:30AM in Courtroom #2, United States Bankruptcy Court, 900 Market St., Philadelphia, PA  19107. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim**.

**3.** **<u>If you intend to appear at the hearing</u> to contest the objection to your claim, <u>you must notify the person listed below at least 7 days before the hearing date</u>**. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

_____

Dated: 1/27/2021                    Sharon S Masters, Esq.
                                    The Law Office of Sharon S. Masters
                                    2201 Pennsylvania Ave. #517
                                    Philadelphia, PA  19130
                                    (610) 322-5277
                                    shmasters@hotmail.com