IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Andrea Williams-Nash　　　　　:　　Chapter 13

　　　　Debtor　　　　　　　　　　　:　　　No. 20-12341

**CERTIFICATION OF NO RESPONSE**

　　　I, Sharon S. Masters, Attorney for Debtor, hereby certify that more than fourteen (14) days have passed since service of the Notice and Application for Compensation and no objection or response has been filed. Applicant respectfully requests the Court enter the proposed Order granting the Application for Compensation without a hearing.

**THE LAW OFFICE OF SHARON S. MASTERS**

By: **/s/ Sharon S. Masters, Esq.**

**Sharon S. Masters, Esq.**

**Attorney for Debtor**

**Date:  4/13/2021**