**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| ANDREA P. WILLIAMS-NASH | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| RARITAN BAY FEDERAL CREDIT UNION | ) | Case No. 20-12341 (mdc) |
| Movant | ) | |
| | ) | **Hearing Date: 5/18/21 @ 10:30 am** |
| | ) | |
| v. | ) | 11 U.S.C. 362 |
| | ) | |
| ANDREA P. WILLIAMS-NASH | ) | |
| Respondent | ) | Honorable Magdeline D Coleman |
| | ) | |
| WILLIAM C. MILLER | ) | |
| Trustee | ) | |

**NOTICE OF MOTION, RESPONSE**
**DEADLINE AND HEARING DATE**

TO:   All Parties on Attached Service List

Andrew Sklar, Esquire, attorneys for Raritan Bay Federal Credit Union, has filed papers with the court seeking relief from the automatic stay with respect to Debtor's 2011 Cadillac Escalade, VIN #1GYS4HEF5BR371463.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before 5/11/2021 you or your attorney must do all of the following:

- File with the court a written response, an answer, explaining your position at

> United States Bankruptcy Court
> Eastern District of Pennsylvania
> Robert N.C. Nix Sr. Federal Courthouse
> 900 Market Street, Suite 400
> Philadelphia, PA 19107

- If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

You must also mail a copy to:

> Andrew Sklar, Esquire
> Sklar Law, LLC
> 20 Brace Road, Ste 205
> Cherry Hill, New Jersey 08034
> **(Attorneys for the Creditor Raritan Bay Federal Credit Union)**
>
> William C. Miller, Chapter 13 Trustee
> PO Box 1229
> Philadelphia, PA 19105

• Attend the hearing scheduled to be held on May 18, 2021, at 10:30 a.m., before the Honorable Magdeline D Coleman, Chief Judge, United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Courtroom #2, Philadelphia, PA 19107.  **Note:** all hearings are being held via telephone 877-336-1828 – Access Code 7855846

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

You may contact the Bankruptcy Clerk's office(s) in Philadelphia at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

> _____/s/ Andrew Sklar_____
> Andrew Sklar, Esquire
> Sklar Law, LLC
> 20 Brace Road, Ste 205
> Cherry Hill, New Jersey 08034
> PA Bar I.D. 65332
> (Attorneys for the Creditor Raritan Bay Federal Credit Union)
>
> Dated:  April 22, 2021