United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12341-mdc |
| Andrea P. Williams-Nash | Chapter 13 |
| Andrea P. Williams-Nash | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: May 06, 2021 | Form ID: 155 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea P. Williams-Nash, MAILING ADDRESS, P.O. Box 7032, Audubon, PA 19407-7032 |
| db | #+ | Andrea P. Williams-Nash, 1900 Brandon Road, Jeffersonville, PA 19403-3118 |
| 14505617 | + | American Express, POB 981537, El Paso, TX 79998-1537 |
| 14505871 | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14511257 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14511003 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14505618 | + | Barclays Bank Delaware, POB 8803, Wilmington, DE 19899-8803 |
| 14597752 | + | High Schwartz, Attorneys at Law, 40 E. Airy St., Norristown, PA 19401-4803 |
| 14510160 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14595925 | + | Louis Mellinger, Esq., Mellinger Sanders & Kartzman LLC, 101 Gibraltar Dr, Morris Plains, NJ 07950-1287 |
| 14560277 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14505623 | + | Raritan Bay CU, 492 Raritan St., Sayreville, NJ 08872 |
| 14595926 | | Raritan Credit Union, 492 Raritan St., Sayreville, NJ 08872 |
| 14521122 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14505626 | + | Wells Fargo Bank PCM, POB 94435, Albuquerque, NM 87199-4435 |
| 14512741 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14505743 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14507962 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 14505627 | + | Wells Fargo Card Service, Credit Bureau Resolution, POB 14517, Des Moines, IA 50306-3517 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14505628 | | Email/Text: ebn@americollect.com | May 07 2021 03:03:00 | Americollect, 1851 S. Alverno Rd., Manitowoc, WI 54220 |
| 14519058 | + | Email/Text: bankruptcy@bbandt.com | May 07 2021 03:03:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14505619 | + | Email/Text: bankruptcy@bbandt.com | May 07 2021 03:03:00 | Branch B&T, 223 West Nash St., Wilson, NC 27893-3801 |
| 14508138 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 07 2021 02:53:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14505620 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 07 2021 02:57:11 | Capital One Bank USA, POB 30281, Salt Lake City, UT 84130-0281 |
| 14505624 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 07 2021 02:55:29 | Home Depot/CBNA, 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: 155 | Total Noticed: 36 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14505632 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 07 2021 03:03:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14505621 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 07 2021 02:53:42 | JPMCB Card Services, POB 15369, Wilmington, DE 199850 |
| 14505165 | | Email/PDF: resurgentbknotifications@resurgent.com | May 07 2021 02:53:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14519854 | | Email/Text: ebn@americollect.com | May 07 2021 03:03:00 | MAIN LINE HEALTH IMAGING LP, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 14505622 | + | Email/Text: blegal@phfa.org | May 07 2021 03:03:00 | PA Housing Finance Agency, 2101 N. Front St., Harrisburg, PA 17110-1086 |
| 14519914 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 07 2021 02:57:12 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14535706 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 07 2021 03:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14505631 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 07 2021 03:03:00 | Pennsylvania Department of Revenue Bankruptcy Divi, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14534606 | + | Email/Text: blegal@phfa.org | May 07 2021 03:03:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14505629 | + | Email/Text: joey@rmscollect.com | May 07 2021 03:03:00 | Receivables Management, 1807 Hugenot Rd. Ste. 118, Midlothian, VA 23113-5604 |
| 14521122 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 07 2021 03:03:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14505625 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 07 2021 03:02:00 | Verizon Wireless, POB 650051, Dallas, TX 75265-0051 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14505630 | | CITY OF PHILADELPHIA LAW MUNICIPAL SERVICES BUILDI, 1401 JOHN F KENNEDY BLVD 5TH Floor PHILA |
| 14510639 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14513120 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2021         Signature:      /s/Joseph Speetjens

Case 20-12341-mdc    Doc 82    Filed 05/08/21    Entered 05/09/21 00:56:50    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 06, 2021 | Form ID: 155 | Total Noticed: 36 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW SKLAR | on behalf of Creditor Raritan Bay Federal Credit Union andy@sklarlaw.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| ROGER FAY | on behalf of Creditor Raritan Bay Federal Credit Union roger@sklarlaw.com |
| SHARON S. MASTERS | on behalf of Debtor Andrea P. Williams-Nash shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Andrea P. Williams−Nash
       Debtor(s)                                   Chapter: 13

                                                    Bankruptcy No: 20−12341−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this May 6, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                            Magdeline D. Coleman
                                                            Chief Judge ,
                                                            United States Bankruptcy Court

                                                                                        80 − 21
                                                                                       Form 155