IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Andrea Williams-Nash                                                          : CHAPTER 13

    Debtor                                                                                        : NO. 20-12341

**ORDER**

    AND NOW, this 11th day of ___May___, 2021, upon consideration of the Application for Compensation, it is hereby ORDERED and DECREED that the Application is GRANTED. Debtor's counsel's fee of $1,500.00 is approved. It is further ORDERED that the fee balance of $900.00 shall be disbursed on behalf of Debtor by the Chapter 13 Standing Trustee through the Chapter 13 Plan.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge