United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 20-12341-mdc
Andrea P. Williams-Nash  Chapter 13
Andrea P. Williams-Nash
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea P. Williams-Nash, MAILING ADDRESS, P.O. Box 7032, Audubon, PA 19407-7032 |
| db | #+ | Andrea P. Williams-Nash, 1900 Brandon Road, Jeffersonville, PA 19403-3118 |
| cr | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | May 12 2021 02:01:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW SKLAR | |
| | on behalf of Creditor Raritan Bay Federal Credit Union andy@sklarlaw.com |
| LEON P. HALLER | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 11, 2021 | Form ID: pdf900 | Total Noticed: 4 |

    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

ROGER FAY
    on behalf of Creditor Raritan Bay Federal Credit Union roger@sklarlaw.com

SHARON S. MASTERS
    on behalf of Debtor Andrea P. Williams-Nash shmasters@hotmail.com  G65312@notify.cincompass.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE:  Andrea Williams-Nash                                                     : CHAPTER 13

    Debtor                                                                                  : NO. 20-12341

**ORDER**

AND NOW, this 11th day of __May__, 2021, upon consideration of the Application for Compensation, it is hereby ORDERED and DECREED that the Application is GRANTED. Debtor's counsel's fee of $1,500.00 is approved. It is further ORDERED that the fee balance of $900.00 shall be disbursed on behalf of Debtor by the Chapter 13 Standing Trustee through the Chapter 13 Plan.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge