```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
```
Sklar Law LLC
Andrew Sklar, Esq., ID:65332
Roger Fay, Esq., ID 315987
20 Brace Road, Suite 205
Cherry Hill, NJ 08034
(856) 258-4050
Attorneys for Movant: Raritan Bay Federal Credit Union

In Re:

Andrea P. Williams-Nash

Case No.: 20-12341-MDC
Chapter 13

Hearing Date: 5/18/21
Time: 10:30am a.m.

Honorable Magdeline D. Coleman

## CONSENT ORDER RESOLVING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, is hereby

**ORDERED.**

Page (2)
Debtor(s): Andrea P. Williams-Nash
Case No: 20-12341-MDC

Caption of Order: CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon the motion of the Secured Creditor, Raritan Bay Federal Credit Union, under Bankruptcy Code section 362(d)(1), for relief from the Automatic Stay as to certain real property as set forth in the motion papers and the within Order, and the parties, by and through their respective counsel, having consented to the entry of this Order, and for good cause shown, it is ORDERED as follows:

1. The automatic stay, as provided for by 11 U.S.C. §362, shall be terminated as to Raritan Bay Federal Credit Union to be permitted to seek its statutory and other available remedies with respect to the debtor's 2011 Cadillac Escalade, VIN 1GYS4HEF5BR371463.

2. The automatic stay shall be terminated upon the entry of this Order, pursuant to the authority granted by Fed.R.Bank.P., Rule 40001(a)(3) and (3).

CONSENT TO ENTRY OF THE ABOVE ORDER IS HEREBY GIVEN:

Andrew Sklar, Esq., 65332
Roger Fay, Esq., 315987
Sklar Law, LLC
Attorneys for Raritan Bay Federal Credit Union

Date: 4-23-2021

Sharon S. Masters, Esq.
Attorney for Debtor Andrea P. Williams-Nash

Date: 5/5/2021

/s/ LeeAne O. Huggins
William C. Miller, Esquire
Office of the Chapter 13 Standing Trustee
May 12, 2021

BY THE COURT:

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE
May 13, 2021