United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12341-mdc |
| Andrea P. Williams-Nash | Chapter 13 |
| Andrea P. Williams-Nash | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 14, 2021 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea P. Williams-Nash, MAILING ADDRESS, P.O. Box 7032, Audubon, PA 19407-7032 |
| db | #+ | Andrea P. Williams-Nash, 1900 Brandon Road, Jeffersonville, PA 19403-3118 |
| cr | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | May 15 2021 01:45:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: May 16, 2021 | Signature: | /s/Joseph Speetjens |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW SKLAR | |
| | on behalf of Creditor Raritan Bay Federal Credit Union andy@sklarlaw.com |
| LEON P. HALLER | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 14, 2021 | Form ID: pdf900 | Total Noticed: 4

on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

ROGER FAY
on behalf of Creditor Raritan Bay Federal Credit Union roger@sklarlaw.com

SHARON S. MASTERS
on behalf of Debtor Andrea P. Williams-Nash shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Sklar Law LLC
Andrew Sklar, Esq., ID:65332
Roger Fay, Esq., ID 315987
20 Brace Road, Suite 205
Cherry Hill, NJ 08034
(856) 258-4050
Attorneys for Movant: Raritan Bay Federal Credit Union

In Re:

Andrea P. Williams-Nash

Case No.: 20-12341-MDC
Chapter 13

Hearing Date: 5/18/21
Time: 10:30am a.m.

Honorable Magdeline D. Coleman

## CONSENT ORDER RESOLVING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

The relief set forth on the following page, is hereby

**ORDERED.**

Page (2)
Debtor(s): Andrea P. Williams-Nash
Case No: 20-12341-MDC

Caption of Order: CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon the motion of the Secured Creditor, Raritan Bay Federal Credit Union, under Bankruptcy Code section 362(d)(1), for relief from the Automatic Stay as to certain real property as set forth in the motion papers and the within Order, and the parties, by and through their respective counsel, having consented to the entry of this Order, and for good cause shown, it is ORDERED as follows:

1. The automatic stay, as provided for by 11 U.S.C. §362, shall be terminated as to Raritan Bay Federal Credit Union to be permitted to seek its statutory and other available remedies with respect to the debtor's 2011 Cadillac Escalade, VIN 1GYS4HEF5BR371463.

2. The automatic stay shall be terminated upon the entry of this Order, pursuant to the authority granted by Fed.R.Bank.P., Rule 40001(a)(3) and (3).

CONSENT TO ENTRY OF THE ABOVE ORDER IS HEREBY GIVEN:

Andrew Sklar, Esq., 65332
Roger Fay, Esq., 315987
Sklar Law, LLC
Attorneys for Raritan Bay Federal Credit Union

Date: 4-23-2021

Sharon S. Masters, Esq.
Attorney for Debtor Andrea P. Williams-Nash

Date: 5/5/2021

/s/ LeeAne O. Huggins
William C. Miller, Esquire
Office of the Chapter 13 Standing Trustee
May 12, 2021

BY THE COURT:

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE
May 13, 2021