-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

| IN RE: Andrea Williams-Nash | : CHAPTER 13 |
|---|---|
| Debtor | : NO. 20-12341 |

**ORDER**

AND NOW, this 3rd day of November 2021, it is hereby ORDERED that the Motion for Dismissing Chapter 13 Case is GRANTED.  The case is hereby DISMISSED.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge