United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-12341-mdc |
| Andrea P. Williams-Nash | Chapter 13 |
| Andrea P. Williams-Nash | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 03, 2021 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea P. Williams-Nash, MAILING ADDRESS, P.O. Box 7032, Audubon, PA 19407-7032 |
| db | #+ | Andrea P. Williams-Nash, 1900 Brandon Road, Jeffersonville, PA 19403-3118 |
| 14505617 | + | American Express, POB 981537, El Paso, TX 79998-1537 |
| 14505871 | + | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14511257 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14511003 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 14505618 | + | Barclays Bank Delaware, POB 8803, Wilmington, DE 19899-8803 |
| 14597752 | + | High Schwartz, Attorneys at Law, 40 E. Airy St., Norristown, PA 19401-4803 |
| 14510160 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14595925 | + | Louis Mellinger, Esq., Mellinger Sanders & Kartzman LLC, 101 Gibraltar Dr, Morris Plains, NJ 07950-1287 |
| 14560277 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14505623 | + | Raritan Bay CU, 492 Raritan St., Sayreville, NJ 08872 |
| 14595926 | | Raritan Credit Union, 492 Raritan St., Sayreville, NJ 08872 |
| 14505626 | + | Wells Fargo Bank PCM, POB 94435, Albuquerque, NM 87199-4435 |
| 14512741 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14505743 | + | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4938 |
| 14507962 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482, Phoenix, AZ 85038-9482 |
| 14505627 | + | Wells Fargo Card Service, Credit Bureau Resolution, POB 14517, Des Moines, IA 50306-3517 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 03 2021 23:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 03 2021 23:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14505628 | | Email/Text: ebn@americollect.com | Nov 03 2021 23:39:00 | Americollect, 1851 S. Alverno Rd., Manitowoc, WI 54220 |
| 14519058 | + | Email/Text: bankruptcy@bbandt.com | Nov 03 2021 23:39:00 | BB&T now Truist, Bankruptcy Section, 100-50-01-51, P.O. Box 1847, Wilson, NC 27894-1847 |
| 14505619 | + | Email/Text: bankruptcy@bbandt.com | Nov 03 2021 23:39:00 | Branch B&T, 223 West Nash St., Wilson, NC 27893-3801 |
| 14508138 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 03 2021 23:51:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14505620 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 03 2021 23:51:16 | Capital One Bank USA, POB 30281, Salt Lake |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: pdf900 | Total Noticed: 38 |

| | | | | |
|---|---|---|---|---|
| | | | | City, UT 84130-0281 |
| 14505624 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 03 2021 23:51:14 | Home Depot/CBNA, 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |
| 14505632 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 03 2021 23:39:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14505621 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 03 2021 23:51:13 | JPMCB Card Services, POB 15369, Wilmington, DE 199850 |
| 14505165 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 03 2021 23:51:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14519854 | | Email/Text: ebn@americollect.com | Nov 03 2021 23:39:00 | MAIN LINE HEALTH IMAGING LP, C/O AMERICOLLECT INC, PO BOX 1566, MANITOWOC, WI 54221-1566 |
| 14505622 | + | Email/Text: blegal@phfa.org | Nov 03 2021 23:39:00 | PA Housing Finance Agency, 2101 N. Front St., Harrisburg, PA 17110-1086 |
| 14519914 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 03 2021 23:51:14 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14535706 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2021 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14505631 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 03 2021 23:39:00 | Pennsylvania Department of Revenue Bankruptcy Divi, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14534606 | + | Email/Text: blegal@phfa.org | Nov 03 2021 23:39:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14505629 | + | Email/Text: joey@rmscollect.com | Nov 03 2021 23:39:00 | Receivables Management, 1807 Hugenot Rd. Ste. 118, Midlothian, VA 23113-5604 |
| 14521122 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 03 2021 23:39:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14505625 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 03 2021 23:39:00 | Verizon Wireless, POB 650051, Dallas, TX 75265-0051 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14505630 | | CITY OF PHILADELPHIA LAW MUNICIPAL SERVICES BUILDI, 1401 JOHN F KENNEDY BLVD 5TH Floor PHILA |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14510639 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14513120 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 03, 2021 | Form ID: pdf900 | Total Noticed: 38 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2021            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 3, 2021 at the address(es) listed below:**

**Name**           **Email Address**

ANDREW SKLAR
on behalf of Creditor Raritan Bay Federal Credit Union andy@sklarlaw.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ
on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

ROGER FAY
on behalf of Creditor Raritan Bay Federal Credit Union roger@sklarlaw.com

SHARON S. MASTERS
on behalf of Debtor Andrea P. Williams-Nash shmasters@hotmail.com G65312@notify.cincompass.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

IN RE: Andrea Williams-Nash                : CHAPTER 13

    Debtor                                              : NO. 20-12341

**ORDER**

    AND NOW, this 3rd day of November 2021, it is hereby ORDERED that the Motion for Dismissing Chapter 13 Case is GRANTED.  The case is hereby DISMISSED.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge